1
2
3
4
5
6
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| **RICHARD LAWRENCE STEWART,** | Case No. C 12-1474 RS |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **RALPH M. DIAZ, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 9, 2012 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days after service of the answer.

Dated: 9/6/12 _____
The Honorable Richard G. Seeborg

1

[Proposed] Order (C 12-1474 RS)