IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD LAWRENCE STEWART,** | Case No. C 12-1474 RS |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **RALPH M. DIAZ, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 9, 2012 to file an answer to the petition for writ of habeas corpus.  Petitioner may file a traverse within 30 days after service of the answer.

Dated:  9/6/12  _____

_____
The Honorable Richard G. Seeborg

1

[~~Proposed~~] Order (C 12-1474 RS)